# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC NULL,

    Plaintiff,

v.

Case No.: _____

CENTENE CORPORATION, and
HEALTH NET FEDERAL SERVICES, LLC,

    Defendants.

_____/

## DECLARATION OF KENNETH RODRIGUEZ IN SUPPORT OF DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL

STATE OF CALIFORNIA    )

COUNTY OF SACRAMENTO )

    I, KENNETH RODRIGUEZ, being over 18 years of age and competent to testify as to the following matters contained herein, declare and state as follows upon personal knowledge:

    1.    I hold the position of Director, Human Resources with Centene Corporation.

    2.    The information contained in this Declaration is true and correct, and based on my personal knowledge and review of personnel records maintained by HealthNet Federal Services, LLC ("HNFS") in the regular course of business.

3. At all times relevant to this matter, Eric Null ("Null") was employed by HNFS. His employment with HNFS was from October 22, 2015 through April 24, 2017.

4. During his course of employment with HNFS, Null's work location was in Tampa, Florida. Null represented to HNFS that he resided in Lee County, Florida.

5. HNFS is a subsidiary of HealthNet, Inc. which is incorporated in Delaware and has its principal place of businesses in California. Centene Corporation is incorporated in Delaware with its principal place of business in St. Louis, Missouri.

6. During his final year of employment with HNFS, Null's salary was $58,242.32. *See* Workday Compensation Profile for Eric Null, attached hereto as Exhibit "A".

*[Rest of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2017.

_____
Kenneth Rodriguez

4821-7196-2712, v. 1

**EXHIBIT A - K. R. DECL.**

 Eric Null

## Totals
1 item

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 58,242.32 | 58,242.32 | USD | Annual |