## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ERIC NULL**
      Plaintiff,

CASE NO.: 8:17-cv-02959

v.

**HEALTH NET FEDERAL SERVICES, LLC**
      Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT CENTENE CORPORATION

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff ERIC NULL hereby dismisses without prejudice all his claims against DEFENDANT CENTENE CORPORATION. Each party is to bear its own respective costs and attorney's fees.

The remaining Defendant, HEALTHNET FEDERAL SERVICES, LLC, is not voluntarily dismissed from this action and this Notice of Dropping Certain Parties shall have no effect as to it.

Respectfully submitted,

/s/ April S. Goodwin
APRIL S. GOODWIN, ESQ.
FLORIDA BAR NO: 0502537
The Goodwin Firm
801 West Bay Drive, Suite 705
Largo, FL 33770
Attorney for Plaintiff
Phone: (727) 316.5333
april@goodwin-firm.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 20th day of December 2017, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

/s/ April S. Goodwin
APRIL S. GOODWIN, ESQ.
FLORIDA BAR NO: 0502537

2