**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERIC NULL,**

    **Plaintiff,**

**v.**                                    **Case No.  8:17-cv-02959-EAK-AAS**

**HEALTH NET FEDERAL SERVICES, LLC,**

    **Defendants.**

_____/

**JOINT STIPULATION SELECTING MEDIATOR**

Plaintiff, ERIC NULL, and Defendant, HEALTH NET FEDERAL SERVICES, LLC, by and through their undersigned counsel, jointly file this Joint Stipulation Selecting Mediator pursuant to this Court's Case Management and Scheduling Order dated January 29, 2018 [Dkt.15] and respectfully request to mediate this matter before Mark A. Hanley of Bradley Arant Boult Cummings LLP, 100 North Tampa Street, Suite 2200, Tampa, FL 33602. The parties will select a mediation date in accordance with this Court's Case Management and Scheduling Order.

DATED this 29th day of March, 2018

Respectfully Submitted,

By:  */s/April S. Goodwin*
     April S. Goodwin, Esq.
     Florida Bar No.: 0502537
     april@goodwin-firm.com

By:  */s/ Gail Golman Holtzman*
     Gail Golman Holtzman, Esq.
     Florida Bar No.: 0562068
     gail.holtzman@jacksonlewis.com

| | |
|---|---|
| **The Goodwin Firm** <br> 801 West Bay Drive, Suite705 <br> Largo, FL 33770 <br> Telephone: 727-316-5333 <br> Facsimile: 727-245-8895 <br><br> *Attorneys for Plaintiff* | AND <br><br> Monica Williams Harris <br> Florida Bar No. 0566780 <br> Monica.harris@jacksonlewis.com <br><br> **Jackson Lewis P.C.** <br> Wells Fargo Center <br> 100 S. Ashley Drive, Suite 2200 <br> Tampa, Florida 33602 <br> Telephone:   813-512-3210 <br> Facsimile:    813-512-3211 <br><br> *Attorneys for Defendant* |